ORIGINAL

cc: BMK/W

CV15 00422 BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 15 2015
at 11 o'clock and 35 min. A.M.
SUE BEITIA, CLERK

① COMPLAINT DOCUMENT       OCT 2015
TO UNITED STATES DISTRICT COURT

FROM WILLIAM G SAMESHIMA
1400 PENSACOLA APT 104
HONOLULU HAWAII 96822

CLAIM  I WISH TODAY TO RECIEVE SOME FUNDING FROM UNITED STATES AND MAJOR LEAGUE BASEBALL COMMISSONAR. I WAS IN A BASEBALL MOVIE FILMED 1970. MOVIE TITLE ALLSTAR ALL AMERICAN TEAM USA, ALL STAR ALL PRO AND LITTLE LEAGUE BASEBALL ALLSTAR. LOCATION CAMP ZAMA U.S. ARMY JAPAN 1970.

THIS MOVIE SOON OPENED AT THEATERS ON MILITARY BASE THEN LATER TOWNS AND CITIES USA. ABOUT 1976 - 1982 VHS TAPES AND DISK SALES BY HOLLYWOOD PRODUCTION MADE OUTSTANDING SALES LOTS, HEAVENLY TITLE

②

MADE BY HOLLYWOOD VIDEO FILM MAKERS. FREEZE & SQUEEZE BECAME A STAR WITH OTHER STARS ROLL. I MADE SOME RECORDS ENDED MY SIGNED BASEBALL WITH OTHER AT THE HALL OF FAME.

TODAY CREDIT STILL IS SORTA FROZEN IN U.S. TREASURE. I ONCE REGISTER I THOUGHT 1974 HAND PRINT APPOVE BY SEAL AND SIGNING BY WASHINTON or CREDIT APPROVE MY MAJOR LEAGUE BASEBALL USA COMMISIONER, ALSO DID TALK TO PRESIDONTS LIKE AGNOW, FORD GOVONOR REAGAN TOO. I DID REGISTER AT HAWAII FEDRAL SORTA FORGOT TO LONG AGO.

I NEED HELP TODAY CAN ONLY CALL IF APPROVED OR VISIT. NEED 2 $500 000  10=10000
2 CHECK " $10 000 CHECK  Your Truly
5 BILL  10 000